IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Derrick Jerome Davis, | ) | Civil Action No. 6:21-cv-02394-RMG |
| Plaintiff, | ) | |
| v. | ) | |
| Deputy M. Bollman, | ) | **ORDER AND OPINION** |
| Defendant. | ) | |

This matter is before the Court upon the Report and Recommendation ("R & R") of the Magistrate Judge recommending the Court dismiss Plaintiff's case for lack of prosecution. (Dkt. No. 46). For the reasons stated below, the Court adopts the R & R as the Order of the Court.

**I.     Background**

On March 21, 2022, Defendant Deputy Bollman filed a motion for summary judgment (Dkt. No. 37). On March 22, 2022, the Court entered a *Roseboro* Order, which was mailed to Plaintiff. (Dkt. Nos. 38; 39). The *Roseboro* Order advised Plaintiff of the significance of a dispositive motion and that he was required to file a response to the motions. Plaintiff was advised that, if he failed to file a properly supported response, Defendant's dispositive motions may be granted and end his case. Plaintiff's deadline to respond to Defendant's dispositive motions was April 22, 2022. Plaintiff did not file a response. On May 13, 2022, the Magistrate Judge issued an R & R recommending the Court dismiss Plaintiff's case for failure to prosecute and ordered objections to the R & R due on May 27, 2022. (Dkt. No. 46). The Magistrate also noted that she would vacate the R & R if Plaintiff notified the Court within the time set forth for filing objections that he wants to continue this case and provides a response to Defendant's motion for summary

1

judgment. Plaintiff did not file an objection or notify the Magistrate of his desire to continue this case. The matter is ripe for the Court's review.

## II.     Standard

The Magistrate Judge makes only a recommendation to this Court that has no presumptive weight. The responsibility to make a final determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This Court must make a *de novo* determination of those portions of the R & R Plaintiff specifically objects. Fed. R. Civ. P. 72(b)(2). Where Plaintiff fails to file any specific objections, "a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation omitted). "Moreover, in the absence of specific objections to the R & R, the Court need not give any explanation for adopting the recommendation." *Wilson v. S.C. Dept of Corr.*, No. 9:14-CV-4365-RMG, 2015 WL 1124701, at *1 (D.S.C. Mar. 12, 2015). *See also Camby v. Davis*, 718 F.2d 198, 200 (4th Cir.1983). Plaintiff has not filed objections in this case and the R & R is reviewed for clear error.

## III.     Discussion

Upon a review of the R & R, the Court finds the Magistrate Judge correctly determined that Plaintiff's case is subject to dismissal for failure to prosecute. *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919 (4th Cir. 1982); *see also Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Rule 41(b), FED. R. CIV. P. The Magistrate Judge issued an Order that was mailed to Plaintiff explaining that Plaintiff was required to file a response to Defendants' dispositive motions, or Defendants' dispositive motions may be granted and end his case. (Dkt. Nos. 38; 39). The deadline for Plaintiff to file a response to Defendants' dispositive motions was April 22, 2022. Additionally,

in the R & R, the Magistrate notified Plaintiff that she would vacate the R & R if the Plaintiff notified the Court of his desire to continue the case before May 27, 2022. (Dkt. No. 46). Because Plaintiff did not file a response to Defendant's dispositive motions or notify the Magistrate of his desire to continue the case, his case is dismissed for lack of prosecution.

## IV. Conclusion

For the reasons stated above, the Court adopts the R & R (Dkt. No. 46) as the Order of the Court and Plaintiff's case is **DISMISSED** for lack of prosecution. **AND IT IS SO ORDERED**.

    s/Richard Mark Gergel
Richard Mark Gergel
United States District Judge

June 2, 2022
Charleston, South Carolina